PROB 22
(Rev. 01/24)

**DOCKET NUMBER** *(Tran. Court)*
CR 09-00093HG-01

# TRANSFER OF JURISDICTION

**DOCKET NUMBER** *(Rec. Court)*
2:25-cr-00293-JAD-NJK-1

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| TRANQUILINO deGUZMAN-BATI, Jr | District of Hawaii | Honolulu |
| | NAME OF SENTENCING JUDGE | |
| | The Honorable Helen Gillmor | |
| | DATES OF PROBATION/SUPERVISED RELEASE — FROM 05/23/2025 | TO 05/22/2030 |

**OFFENSE**

Count 1: Conspiracy to Distribute 500 Grams or More of Mehtmaphetamine, in violation of 21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(A), a Class A felony

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Violation of supervision and Mr. Deguzman does not plan to return to the District of Hawaii.

✓ FILED    ___ RECEIVED
___ ENTERED    ___ SERVED ON

SEPT 19 2025

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY: AMMi  DEPUTY

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____ HAWAII

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the **DISTRICT OF NEVADA** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

July 22, 2025
*Date*

*/s/ Helen Gillmor*
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____ NEVADA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

9/23/2025
*Effective Date*

*/s/*
*United States District Judge*

1