**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:25-cr-00293-JAD-NJK |
| Plaintiff, | **ORDER** |
| v. | |
| TRANQUILINO DEGUZMAN-BATI, JR., | |
| Defendant. | |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for January 26, 2026 at 11:30 a.m., be vacated and continued to March 4, 2026, at the hour of 11:30 a.m.

DATED this 20th day of January, 2026.

_____
UNITED STATES DISTRICT JUDGE

3